**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Donnie Wayne SHEFFIELD,
Defendant–Appellant.**

No. 13–7683.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 19, 2013.

Decided: Dec. 24, 2013.

Donnie Wayne Sheffield, Appellant Pro
Se. Carrie Fisher Sherard, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

Before SHEDD, DAVIS, and FLOYD,
Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Donnie Wayne Sheffield appeals the district court's order denying his motion to dismiss his indictment, conviction, and sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Sheffield,* No. 4:07–cr–00769–TLW–1 (D.S.C. Oct. 8, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*